IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00936-WDM-CBS

STATE OF COLORADO, et al.,

      Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that parties' Joint Motion to Appear Telephonically at Status Conference (*doc. no. 9*) is **GRANTED**.  Counsel shall create a conference call, and then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**     June 19, 2007