**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00936-WDM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: June 25, 2007** | **Courtroom Deputy:** Ben Van Dyke |

STATE OF COLORADO, *et al.,*                                    Wade S. Livingston

    **Plaintiffs,**

    v.

UNITED STATES OF AMERICA, *et al.,*                       Adam D. Kirschner

    **Defendants.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      10:40 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:** **Plaintiffs' oral motion to withdraw the Motion to Postpone Effective Date of Agency Action [filed May 7, 2007; doc. 2] is granted.  The Motion to Postpone Effective Date of Agency Action [filed May 7, 2007; doc. 2] is hereby withdrawn.**

**ORDERED:** A scheduling conference is set for **September 18, 2007 at 9:15 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Parties are directed to submit a joint proposed scheduling order on or before **September 13, 2007**.

    Parties are directed to review District of Colorado ECF Procedure V.L for instructions on submission of a proposed order.  Attorneys and/or *pro se* parties not participating in ECF shall submit their proposed scheduling order on paper to the Clerk's Office.  However, if any party in the case is participating in ECF, it is the responsibility of that party to submit the proposed scheduling order pursuant to the District of Colorado ECF Procedures. It is further

>**ORDERED** that on or before **September 6, 2007**, Parties shall comply with the mandatory disclosure requirements of **Fed.R.Civ.P**. 26(a)(1), as amended.

HEARING CONCLUDED.

**Court in Recess:**     **10:45 a.m.**
Total In-Court Time:     00:05