IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00936-WDM-CBS

STATE OF COLORADO, and
COLORADO DEPARTMENT OF HUMAN SERVICES,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, and
UNITED STATES DEPARTMENT OF AGRICULTURE,
STATE FOOD STAMP APPEALS BOARD,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion to Appear Telephonically at Status Conference [filed November 26, 2007; doc. 21] is **granted**. Counsel shall create a conference call and then contact the court at (303) 844-2117 to participate in the status conference.


**DATED:**    November 27, 2007