IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00936-WDM-CBS

STATE OF COLORADO AND COLORADO DEPARTMENT OF HUMAN SERVICES,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

---

## NOTICE OF PARTIAL DISMISSAL

---

    The court takes judicial notice that the parties have filed a Stipulated Motion to Dismiss One of the Two Claims for Judicial Review of Agency Action with prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the first agency action concerning the decision of the State Food Stamp Appeals Board in Case No. 01-2006 is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on June 23, 2008.

                                    BY THE COURT:


                                    s/ Walker D. Miller
                                    United States District Judge