IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00936-WDM-CBS

STATE OF COLORADO, and
COLORADO DEPARTMENT OF HUMAN SERVICES,

      Plaintiffs,

v.

UNITED STATES OF AMERICA, and
UNITED STATES DEPARTMENT OF AGRICULTURE,
STATE FOOD STAMP APPEALS BOARD,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Motion to Withdraw (*doc. #65)* is GRANTED. Attorney Wade S. Livingston is relieved of any further representation of *Plaintiffs* in the above captioned matter. The Clerk of Court is instructed to remove Mr. Livingston from the electronic certificate of mailing.

**DATED:**      December 12, 2008